UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

DATE OF 341 MEETING: 05/28/10                                CASE NO:   10-25016

IN RE:  KEVIN JAMES CICCHINI                                 TRUSTEE:   J. KEVIN BIRD

## SECTION 341 MEETING
## DETAILED REPORT FOR CHAPTER 7

1. DEBTOR(S)
   [ ] Present, Sworn, Examined    [x] Not Present — Bankr D. Ut. LBR 2003(a)
                                    [ ] Husband Present, Wife Not — Bankr D. Ut. LBR 2003(a)
                                    [ ] Wife Present, Husband Not — Bankr D. Ut. LBR 2003(a)

2. DEBTOR'S ATTORNEY
   [ ] Present    [ ] Not Present — Bankr. D. Ut. LBR 2003(a)    [X] N/A (Pro Se)

3. SCHEDULES & STATEMENTS TIMELY FILED
   (including Schedule of Current Income and Expenditures and Statement of Intentions)
   [ ] YES    [ ] NO — Bankr. D. Ut. LBR 5005-1(b)(1) and LBR 1007-2

4. MAILING MATRIX TIMELY FILED
   [x] YES    [ ] NO — Bankr. D. Ut. LBR 1007-2

5. NEW ADDRESS FOR DEBTOR?
   [x] NO    [ ] YES — Debtor and Attorney advised of duty to file written notice of change of address

6. MEETING:  [x] Concluded    [ ] Other _____

7. IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE TRUSTEE HEREBY REQUESTS:

   [x] a 341 hearing be rescheduled    [ ] a 341 hearing NOT be rescheduled

COMMENTS (for Trustee's use only)

_____

CREDITORS       NONE

_____

                                                       PRESIDING OFFICER

                                                                              Rev:
                              09/21/09

# CERTIFICATE OF SERVICE

I hereby certify that I mailed or caused to be mailed a correct copy of the foregoing document, postage prepaid, on the 1st day of June, 2010 to the following:

Office of U.S. Trustee
Ken Garff Building
405 South Main Street #300
Salt Lake City, UT  84111


KEVIN JAMES CICCHINI
1995 N. RED CANYON CIRCLE
WASHINGTON, UT  84780-2496

_____